# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAURICE R. GOINS | ) |
| | ) Civ. A. No. 12-55 |
| v. | ) |
| | ) |
| PETER LONGSTREET, M.D., | ) |

**ORDER**

AND NOW this 7th day of March, 2013, in a Report and Recommendation [ECF No. 37] filed on February 13, 2013, it was recommended that Defendant's Motion for Judgment on the Pleadings [ECF No. 17] be granted. It was further recommended that Plaintiff's Motions to Amend/Correct the Complaint [ECF Nos. 19, 22, and 29] be denied as futile and that all other pending motions [ECF Nos. 34, 35, 36] be dismissed as moot. After careful review, and no objections having been filed,

IT IS HEREBY ORDERED that Defendant's Motion for Judgment on the Pleadings [ECF No. 17] is granted. It is further ordered that Plaintiff's Motions to Amend/Correct the Complaint [ECF Nos. 19, 22, and 29] are denied as futile and that all other pending motions [ECF Nos. 34, 35, 36] are dismissed as moot. The Report and Recommendation of Magistrate Judge Susan Paradise Baxter [ECF No. 37] is hereby adopted as the Opinion of this Court.

BY THE COURT:

/s/Donetta W. Ambrose
Donetta W. Ambrose
Senior Judge, U.S. District Court